12

CEPERO *v.* PRESIDENT OF THE UNITED
STATES ET AL.

No. 176, Misc.  Decided October 12, 1964.

PER CURIAM.

The appeal is dismissed.

THE CHIEF JUSTICE took no part in the consideration
or decision of this case.

BINZ *v.* HELVETIA FLORIDA
ENTERPRISES, INC.

No. 181, Misc.  Decided October 12, 1964.

*Guion T. De Loach* for appellant.
*Lewis Horwitz* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.